IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY BAYLOR, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 11-6413 |
| Respondents. | : | |

**ORDER**

**AND NOW** this 29th day of January, 2015, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Docket No. 27), and Plaintiff's Response (Docket No. 28), and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

All claims against Defendant City of Philadelphia are hereby dismissed. This order does not relate to all other claims against all other defendants, which claims remain in effect.

BY THE COURT:

/S LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE