IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY BAYLOR, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 11-6413 |
| Respondents. | : | |

**ORDER**

**AND NOW** this 20th day of August, 2015, the Office of the Clerk is hereby directed to enter on the docket of the above captioned case, the attached two (2) letters, dated April 27, 2015, and June 23, 2015, addressed to the undersigned, sent by plaintiff Troy Baylor.

Additionally, upon consideration of counsel for the City of Philadelphia's letter (Document No. 35), and Plaintiff's Response Letters, which are attached to this order for docketing, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that all claims against Defendants Deputy Pierce and Tarry are hereby dismissed.

It is further **ORDERED**, that plaintiff's complaint is dismissed without prejudice for reasons set forth in companion Memorandum Opinion filed this same date.

BY THE COURT:

/S LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE